# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| KEVIN SCOTT AND RAEANNE NILSEN, | ) ) ) **CIVIL ACTION FILE** **NO. 4:17-CV-00049-CDL** |
| Plaintiffs, | ) ) |
| v. | ) ) |
| MILITARY R&R SOLUTIONS INC, RICHARD WORSHAM, AND BRUCE SMITH, | ) ) ) ) |
| Defendants. | ) |

## JOINT MOTION TO APPROVE SETTLEMENT

COME NOW all Parties in this action and hereby request that the Court approve the settlement presented to the Court as a restricted document [Doc. 12], showing the Court as follows:

The Parties have undertaken significant negotiations in this matter and have agreed to the proposed settlement previously submitted to the Court. All parties have conducted negotiations through counsel. The Parties believe the settlement to be a fair and reasonable resolution of a bona fide dispute. The Parties therefore request that the Court approve the settlement and, upon Plaintiffs' full receipt of payment in accordance with the settlement agreement, dismiss the above styled action.

This 15th day of June, 2017.

                                                      Respectfully submitted,

| | |
|---|---|
| s/ Micah Barry | s/ Lea C. Dearing |
| Micah Barry | Lea C. Dearing, Esq. |
| Georgia Bar No. 103184 | Georgia Bar No. 922882 |
| Kirby G. Smith | |
| Georgia Bar No. 250119 | 3475 Piedmont Road NE |
| *Attorneys for Plaintiffs* | Suite 1100 |
| The Kirby G. Smith Law Firm, LLC | Atlanta, GA 30305 |
| 4488 North Shallowford Road | Phone:  (404) 261-7711 |
| Suite 105 | ldearing@bfvlaw.com |
| Atlanta, GA 30338 | |
| Phone:  (844) 454-7529 | Jacob P. Mathis |
| Fax:  (877) 352-6253 | Tennessee Bar No. 026459 |
| mjb@kirbygsmith.com | 412 Franklin Street |
| kgs@kirbygsmith.com | Clarksville, TN 37040 |
| | Phone:  (931) 919-5060 |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this 15th day of June, 2017, served all parties in this matter with the foregoing **MOTION TO APPROVE SETTLEMENT** by personal service pursuant to Fed. R. Civ. P. 5.

                          Respectfully submitted,
                          THE KIRBY G. SMITH LAW FIRM, LLC

                By:    s/ Micah Barry
                          Micah Barry
                          Georgia Bar No. 103184