UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| KEVIN SCOTT AND RAEANNE NILSEN, | ) ) ) **CIVIL ACTION FILE** ) **NO. 4:17-CV-00049-CDL** |
| Plaintiffs, | ) ) |
| v. | ) ) |
| MILITARY R&R SOLUTIONS INC, RICHARD WORSHAM, AND BRUCE SMITH, | ) ) ) ) |
| Defendants. | ) |

## ORDER GRANTING MOTION TO APPROVE SETTLEMENT

This cause comes before the Court for consideration of Plaintiff's Motion to Approve Settlement (ECF 14). Having considered the motion, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that:

The motion is hereby GRANTED. The Settlement Agreement executed by the Parties, which shall no longer be restricted from public access, is hereby APPROVED. Upon receipt of payment in full in accordance with the Settlement Agreement, the Plaintiffs shall dismiss the above-styled action with prejudice.

SO ORDERED this 16th day of June, 2017.

s/Clay D. Land<br>
Clay D. Land<br>
Chief United States District Judge